# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY LAMAR JENKINS, II,<br>        Petitioner,<br>    v.<br>BRIAN BIRKHOLTZ, Warden,<br>        Respondent. | NO. CV 22-8431 ODW (KS)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in Federal Custody filed under 28 U.S.C. § 2241, all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing objections has passed and no objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) Respondent's Motion to Dismiss the Petition [Dkt. No. 8] is GRANTED; and (2) judgment shall be entered dismissing this action without prejudice for lack of jurisdiction.

DATED: April 18, 2023

                                                  OTIS D. WRIGHT, II
                                     UNITED STATES DISTRICT JUDGE