JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY LAMAR JENKINS, II, | ) NO. CV 22-8431 ODW (KS) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| BRIAN BIRKHOLTZ, Warden, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice for lack of jurisdiction.

DATED: April 18, 2023

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE